IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| SOUTHERN PINE CREDIT UNION; | : | |
| Plaintiff, | : : : | |
| v. | : : | CASE NO.: 7:22-CV-00052 |
| SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY, COACTION GLOBAL, INC., fk/k/a/ PROSIGHT GLOBAL, INC., and PROSIGHT SPECIALTY INSURANCE INC., | : : : : : : | |
| Defendants. _____ | : : | |

**ORDER**

Before the Court is the Defendant's Unopposed Motion for Lead Counsel To Appear Telephonically at the Initially Scheduling/Discovery Conference. (Doc. 26.) Therein, the lead of attorney of record for Defendants, Samuel Olens, requests the permission of this Court to attend this Court's initial scheduling conference telephonically, as Mr. Olens is scheduled to attend a Leadership Retreat for Leadership Cobb in Young Harris that same day. (*Id.*) Mr. Olen's states that his co-counsel, Uchenna Ekuma-Nkama, intends to appear-in-person at the Scheduling Conference on behalf of the Defendants. (*Id.*)

It has long been the Court's practice to require in-person attendance of counsel at the initial discovery conference except in exceptional circumstances. However, as Defendants shall have Counsel present at the initial discovery conference, and the Leadership Retreat for Leadership Cobb is a highly selective leadership program, with limited scheduling, Defendant's Motion for Lead Counsel to Appear Telephonically at the Initial Scheduling/Discovery

1

Conference (Doc. 26) is **GRANTED in part**. Counsel is excused from attending the scheduled conference, only. However, Defendant's co-counsel, Uchenna Ekuma-Nkama, will be required to appear in person on Defendant's behalf.

**SO ORDERED**, this 8th day of August, 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**