# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| SOUTHERN PINE CREDIT UNION, | |
| Plaintiff, | CIVIL ACTION FILE<br>NO.: 7:22-CV-52 |
| v. | |
| SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY, COACTION GLOBAL, INC., f/k/a PROSIGHT GLOBAL, INC., and PROSIGHT SPECIALTY INSURANCE, INC., | |
| Defendants, | |
| SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY | |
| Counterclaimant | |
| v. | |
| SOUTHERN PINE CREDIT UNION | |
| Counterdefendant | |

## JOINT STIPULATION

Pursuant to Fed. R. Civ. P. 21, Plaintiff-Counterdefendant Southern Pine Credit Union ("Southern Pine" or "Plaintiff-Counterdefendant"), and Defendants Southwest Marine and General Insurance Company ("Southwest Marine" or "Defendant-Counterclaimant"), and Coaction Global, Inc., f/k/a ProSight Global,

1

Inc., and ProSight Specialty Insurance, Inc. ("Coaction"), (collectively "Defendants"), hereby stipulate and agree that Plaintiff did not intend to, and did not, sue ProSight as a separate and independent party in this action. Rather, Plaintiff intended to, and did, sue Coaction Global, Inc., which was formerly known as ProSight Global, Inc., and was also formerly known as ProSight Specialty Insurance, Inc. Accordingly, the parties agree and stipulate that ProSight Specialty Insurance, Inc. is not an independently-named defendant in this action.

STIPULATED AND AGREED to this 12th day of September, 2022.

| /s/ Patrick J. Collins | /s/ Samuel S. Olens |
|---|---|
| Patrick J. Collins (*Pro Hac Vice*) | Samuel S. Olens |
| Bruce R. Hegyi (*Pro Hac Vice*) | Georgia Bar No. 551540 |
| Brian G. Collins (*Pro Hac Vice*) | Uchenna Ekuma-Nkama |
| Collins & Collins, LLC | Georgia Bar No. 957861 |
| 700 17th Street, Suite 1820 | DENTONS US LLP |
| Denver, CO 80202 | 303 Peachtree Street, N.E. |
| bhegyi@lawcc.us | Suite 5300 |
| pcollins@lawcc.us | Atlanta, GA 30308 |
| bcollins@lawcc.us | Telephone: (404) 527-4000 |
| Office: (303) 296-7700 | Facsimile: (404) 527 4198 |
| *Attorneys for Plaintiff Southern Pine Credit Union* | samuel.olens@dentons.com |
| | uchenna.ekuma-nkama@dentons.com |
| | *Attorneys for Defendants* |
| | |
| C. Hansell Watt, IV (Georgia Bar # 140885) | John Vales |
| Coleman Talley, LLP | New Jersey Bar No. 030022001 |
| 109 South Ashley Street | (admitted |
| Valdosta, GA 31601 | pro hac vice) |
| hansell.watt@colemantalley.com | DENTONS US LLP |
| | 101 JFK Parkway |

Office: (229) 671-8245  
*Attorneys for Plaintiff Southern Pine Credit Union*

Short Hills, NJ 07078-2708  
Telephone: (973)- 912-7129  
john.vales@dentons.com  
*Attorneys for Defendants*

SO ORDERED this 14th day of September, 2022

W. Louis Sands, Sr. Judge  
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

This 12th day of September, 2022.

By: */s/ Samuel S. Olens*
     Samuel S. Olens