IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SOUTHERN PINE CREDIT UNION | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:22-CV-00052 (WLS) |
| SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY, COACTION GLOBAL, INC., f/k/a PROSIGHT GLOBAL, INC., and PROSIGHT SPECIALTY INSURANCE INC., | : |
| Defendants. | : |

## **ORDER**

Before the Court is Plaintiff's Unopposed Motion (Doc. 105) of Scrivener's Error in the Court's Order (Doc. 104). Recently, the Court granted-in-part Plaintiff's Emergency Motions (Docs. 100; 101). By doing so, the Court granted extension of time for fact discovery to Wednesday, September 25, 2023, as well as the deadline for Plaintiff's rebuttal expert reports to October 1, 2023. (Doc. 104, at 4). In the instant Motion (Doc. 105), Plaintiff requests a clarification or correction of the Court's Order (Doc. 104) to mean October 11, 2023, instead of October 1, 2023, as the Order (Doc. 104) states. (Doc. 105). Plaintiff is correct in that the correct deadline for Plaintiff's rebuttal expert report is Wednesday, October 11, 2023.

Accordingly, Plaintiff's Unopposed Motion (Doc. 105) is **GRANTED**. The correct deadline for Plaintiff's rebuttal expert report is **Wednesday, October 11, 2023**. All other

1

existing deadlines and timeframes remain in effect to the extent that they do not conflict with this Order. (Docs. 74; 99; 104).

**SO ORDERED**, this  18th  day of September 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

2