IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| SOUTHERN PINE CREDIT UNION | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:22-CV-00052 (WLS) |
| | : | |
| SOUTHWEST MARINE AND | : | |
| GENERAL INSURANCE COMPANY, | : | |
| COACTION GLOBAL, INC., f/k/a | : | |
| PROSIGHT GLOBAL, INC., and | : | |
| PROSIGHT SPECIALTY | : | |
| INSURANCE INC., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion to Restrict (Doc. 120). Therein, Plaintiff asks the Court to restrict Plaintiff's Reply brief (Doc. 119) and the three (3) attached Exhibits (Docs. 119-4; 119-5; and 119-6) to the Court and the case participants. Plaintiff explains that its Reply brief (Doc. 119) and its three exhibits contain documentation and information that have been designated as confidential by Defendants. Plaintiff further notes that it conferred with Defense Counsel regarding the instant Motion and that Defendants do not oppose it. (Doc. 120, at 1).

For good cause shown, Plaintiff's Unopposed Motion to Restrict (Doc. 120) is **GRANTED**. Accordingly, the Clerk is **DIRECTED** to restrict the access of Plaintiff's Reply brief (Doc. 119) and its three exhibits (Docs. 119-4; 119-5; and 119-6) only to the Court and the case participants.

**SO ORDERED**, this  28th  day of November 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1