IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| SOUTHERN PINE CREDIT UNION | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:22-CV-00052 (WLS) |
| SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY, COACTION GLOBAL, INC., f/k/a PROSIGHT GLOBAL, INC., and PROSIGHT SPECIALTY INSURANCE INC., | : | |
| Defendants. | : | |

## ORDER

The Court held a hearing on Plaintiff's pending Motions to Compel and Motions for Sanctions (Docs. 44; 58; 90; 101; 114) on Wednesday, November 29, 2023, in the Albany Courthouse. The Court issues this Order to memorialize the hearing.

Lead Counsel for both Parties attended the hearing and presented their arguments and related exhibits to the Court. At the hearing, Counsel for Defendants stated that a discovery matter as to GRJN communication remains. Specifically, Counsel for Defendants explained that they are still reviewing the GRJN communications to see if there are additional GRJN documents that need to be produced to the Plaintiff.

Accordingly, the Court **ORDERED** Counsel for Defendants to complete their review of the remaining GRJN documents, then furnish Plaintiff's Counsel with any GRJN documents that must be produced to Plaintiff, as well as inform Plaintiff's Counsel of the status or the results of that review.

Thereafter, Defense Counsel shall inform the Court in writing **no later than Friday, December 8, 2023**, of the finality of the production of the GRJN documents to Plaintiff.

Lastly, as the Court already informed both Parties at the hearing, there shall be no further briefings or hearings regarding the matter of Plaintiff's pending Motions to Compel. Moreover, except as directed above, discovery is **HEREBY STAYED** pending the Court's ruling on the aforementioned Motions.

**SO ORDERED**, this 30th day of November 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**