IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| SOUTHERN PINE CREDIT UNION | : | |
| Plaintiff, | : : : | |
| v. | : : | CASE NO.: 7:22-CV-00052 (WLS) |
| SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY, COACTION GLOBAL, INC., f/k/a PROSIGHT GLOBAL, INC., and PROSIGHT SPECIALTY INSURANCE INC., | : : : : : : : | |
| Defendants. | : : | |

**ORDER**

Pursuant to the Court's Order (Doc. 125), Defendants in the above-referenced matter filed a Response (Doc. 126) on December 8, 2023, regarding the GRJN files. In their Response (Doc. 126), Defendants explain that they have "produced all non-duplicative, non-privileged documents from the GRJN file to Plaintiff" and have also produced an amended privilege and redaction log, along with other pertinent materials.

It is hereby **ORDERED** that Plaintiff review the files recently produced by Defendants and then update its pending Motions (Docs. 44; 58; 90; 101; 114), if necessary and where relevant, as a result of Defendants' latest discovery production by **Wednesday, January 31, 2024**. To be clear, said update shall not include further briefings or arguments, as provided in the Court's prior Order (Doc. 125).

**SO ORDERED**, this 13th day of December 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**