# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| SOUTHERN PINE CREDIT UNION, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:22-CV-00052 (WLS) |
| SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY, COACTION GLOBAL, INC., f/k/a PROSIGHT GLOBAL, INC., and PROSIGHT SPECIALTY INSURANCE INC., | : | |
| Defendants. | : | |

## ORDER

On November 30, 2023, the Court issued an Order (Doc. 125) staying discovery in the above-captioned action pending the resolution of Plaintiff's Motions to Compel and Motions for Sanctions (Docs. 44, 58, 90, 101, & 114). The Court issued an Order (Doc. 129) ruling on those Motions on March 29, 2024, and ordering an *in camera* review of withheld or redacted discovery materials. On May 9, 2025, the Court issued an Order (Doc. 141) setting forth its findings regarding the discoverability of the disputed discovery materials. Then, on May 30, 2025, the Parties filed a Joint Status Report (Doc. 142) notifying the Court that despite a good faith attempt at mediation, the Parties were unable to resolve the case and are now prepared to continue with the remaining discovery. As a result of these recent developments, the Court hereby **LIFTS** the stay on discovery in this matter. Based on review and consideration of the Parties' Report, discovery is **EXTENDED** for a period of forty-five (45) days, or through Thursday, July 17, 2025, to complete discovery. All other unexpired deadlines remain in place.

**SO ORDERED**, this 2nd day of June 2025.

<u>/s/ W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1