## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

|  |  |  |
|---|---|---|
| SOUTHERN PINE CREDIT UNION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.:  7:22-CV-00052 (WLS) |
| | : | |
| SOUTHWEST MARINE AND | : | |
| GENERAL INSURANCE COMPANY, | : | |
| COACTION GLOBAL, INC., f/k/a | : | |
| PROSIGHT GLOBAL, INC., and | : | |
| PROSIGHT SPECIALTY | : | |
| INSURANCE INC., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is a Stipulation of Dismissal With Prejudice (Doc. 146), filed by the Parties on September 22, 2025. Therein, the Parties stipulate to the dismissal of the above-captioned action with prejudice and without fees or costs to either Party, presumably under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1]

For the purpose of completing the record, the Court acknowledges and **ACCEPTS** the Parties' Stipulation (Doc. 146). Therefore, the above-captioned action is **DISMISSED WITH PREJUDICE**. The Parties shall bear their own fees and costs. Plaintiff's claims against Defendants having now been resolved, the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 24th day of September 2025.

/s/ **W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Parties do not cite to Rule 41 explicitly. However, the Stipulation is signed by all parties who have appeared, thus meeting the requirements of voluntary dismissal under Rule 41(a)(1)(A)(ii).