IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SOUTHERN PINE CREDIT UNION, | * |
| Plaintiff, | * |
| v. | Case No.  7:22-cv-52 (WLS) |
| | * |
| SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 24, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 24th day of September, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk